IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

    Plaintiff,

v.                                                              Case No. 4:16cv88-MW/CAS

JULIE JONES, et al.,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's "motion to amend" construed, in part, as "objections." ECF No. 10. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. This complaint is due to be dismissed because Plaintiff has "three strikes" and has failed to demonstrate that he meets the § 1915(g) exception. The Clerk shall enter judgment stating, "The motions for *in forma pauperis* status, ECF Nos. 2 and 9, are **DENIED**. Petitioner's Complaint and Amended Complaint, ECF Nos. 1 and 8, are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g). All

pending motions are **DENIED**.  ECF Nos. 2, 5, 6, 9 and 10.  The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(g)."  The Clerk shall close the file.

    **SO ORDERED on March 11, 2016.**

                                     **s/Mark E. Walker**  
                                     **United States District Judge**